IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRISHA WAKAT, as Administrator of the Estate of James Henry Mitchell, KATHY GUTIERREZ as Next Friend of AMBER MITCHELL, Minor Child of James Henry Mitchell, SHARON PATRICK, as Next Friend of JENNIFER MITCHELL and STACEY MITCHELL, Minor Children of James Henry Mitchell | § § § § § § § § § § § § § § | UNITED STATES COURTS SOUTHERN DISTRICT OF TEXAS FILED JAN 2 6 2006 MICHAEL N. MILBY, CLERK OF COURT CIVIL ACTION NO. H-05-0978 |
| VS. | § § | |
| MONTGOMERY COUNTY, TEXAS, the MONTGOMERY COUNTY, TEXAS SHERIFF'S DEPARTMENT, GUY LYNN WILLIAMS, as the Former Sheriff of Montgomery County, Texas, DR. UNAL KADRI GUROL, M.D., Individually and as the Medical Director/ Physician for the Inmates of the Montgomery County, Texas Jail, THOMAS WAYNE "TOMMY" GAGE, as the Current Sheriff of Montgomery County, Texas, JOHN DOE #1-10, and JANE DOE #1-10 | § § § § § § § § § § § § § § § § | |

**<u>Motion to Dismiss for Failure to File an Expert Report Under §74.351 of the Texas Civil Practice & Remedies Code</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, UNAL KADRI GUROL, M.D., one of the Defendants in the above-entitled and numbered cause, and files this Motion to Dismiss for Failure to File an Expert Report under Chapter 74 of the Texas Civil Practice and Remedies Code § 74.351 and respectfully shows the Court as follows:

## I.

## Background

This case involves a number of health care liability claims that have been leveled against Defendant, Dr. Gurol. More specifically, Plaintiffs allege that Dr. Gurol failed to provide adequate medical care to the decedent in this matter. In all health care liability claims, the plaintiff, or his or her attorney shall, not later than the 120th day after the date the claim was filed, serve on each party an expert report with a curriculum vitae of each expert listed in the report. § 74.351(a), TEX. CIV. PRACT. & REM. CODE. The report must provide a fair summary of the expert's opinions regarding applicable standards of care, the manner in which the care rendered by the physician or health care provider failed to meet the standards, and the causal relationship between that failure and the injury, harm, or damages claimed. § 74.351(r)(6), TEX. CIV. PRACT. & REM. CODE.

Section 74.351 further provides that if the plaintiff fails to file the report within the time period specified, the Court, on the motion of the affected physician or healthcare provider, shall enter an order that:

1. Awards to the affected physician or health care provider reasonable attorney's fees and costs of court incurred by the physician or health care provider; and

2. Dismisses the claim with respect to the physician or health care provider, with prejudice to the refiling of the claim.

§ 74.351(b), TEX. CIV. PRACT. & REM. CODE.

## II.

### Plaintiff failed to comply with the Act

In this case, the Plaintiff's Original Petition was filed on March 22, 2005. The 120th day after suit was filed was July 20, 2005. Plaintiff has failed to comply with the Act as no expert report was ever filed in this lawsuit in compliance with §74.351 (a). As such, Plaintiff's action against Dr. Gurol must be dismissed.

## III.

### Dismissal is Mandatory

The dismissal of this action is mandatory. Accordingly, Dr. Gurol requests the Court to enter an Order dismissing the action against him and ordering Plaintiff to pay

Defendant his reasonable attorneys' fees and costs of Court.

WHEREFORE, PREMISES CONSIDERED, Defendant, UNAL KADRI GUROL, M.D., prays that this Honorable Court enter an order dismissing Plaintiffs' action against Dr. Gurol with prejudice, and to award any and all relief both at law or in equity to which Defendant Dr. Gurol may show himself to be justly entitled.

Respectfully submitted,

*[signature]*

H. Kent Twining
TBA No. 20351300
Erica J. Easter
TBA No. 24041879
BARKER, LYMAN, TWINING,
WEINBERG & FERRELL, P.C.
3600 One Houston Center
1221 McKinney Street
Houston, Texas 77010-2011
Fax: 713-652-2419
Phone: 713-759-1990

Attorneys for Defendant
Dr. Unal Kadri Gurol, M.D., Individually and as the Medical Director/Physician for the Inmates of the Montgomery County, Texas Jail

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument was served upon the parties listed below by facsimile, certified mail, return receipt requested, and/or by messenger on the ____26th____ day of January, 2006.

_____
H. Kent Twining
Erica J. Easter


John E. Choate
Law Offices of John E. Choate, Jr.
Conroe Tower, Suite 450
300 W. Davis
Conroe, TX  77301

JD Lambright
Law Offices of JD Lambright, P.L.L.C.
Conroe Tower, Suite 450
300 W. Davis
Conroe, TX  77301

Suzanne Laechelin, Asst. Montgomery County Attorney
Montgomery County, Texas
200 W. Phillips
Conroe, TX  77301