UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRISHA WAKAT, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION H-05-0978 |
| | § | |
| MONTGOMERY COUNTY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On December 27, 2005, the plaintiffs filed their first amended complaint adding Tri-County Mental Health Mental Retardation as a party. Dkt. 24. However, the plaintiffs have failed to file proof of service within 120 days. *See* FED. R. CIV. P. 4(m) (plaintiffs shall serve defendants with a copy of the summons and the complaint within 120 days of the date of filing). In fact, despite the passage of over a year, the record indicates that no summons has ever been issued for Tri-County. Accordingly, the plaintiffs claims against Tri-County Mental Health Mental Retardation are DISMISSED without prejudice because plaintiffs failed to serve them in a timely manner as required by Rule 4(m).

It is so ORDERED.

Signed at Houston, Texas on January 4, 2007.

_____
Gray H. Miller
United States District Judge